# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTONIO LEE MIXON,
                 Appellant,
vs.
THE STATE OF NEVADA,
                 Respondent.

No. 82885

**FILED**

JUN 04 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal initiated by the filing of notices of appeal. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

This court's review of this appeal reveals jurisdictional defects. First, appellant's appeal was untimely filed from the findings of fact, conclusions of law and order entered on January 31, 2021. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Second, no statute or court rule provides for an appeal from an order denying a "motion for extension of time for rehearing; and subpoenas" in a criminal matter. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

21-15993

cc:    Hon. Michael Villani, District Judge
       Antonio Lee Mixon
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A